■    In the Matter of FLORENCE B. GOODMAN v. IRVING SHRAGER.— Motion to dismiss appeal granted, with $10 costs.  Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■    COMMERCIAL STUDIOS, INC., v. FRANCES P. HAZZARD, as Executrix of LAWRENCE S. HAZZARD, Deceased, et al.— Motion to dismiss granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 25, 1961, with notice of argument for the June 1961 Term of this court, said appeal to be argued or submitted when reached.  Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■    (A) In the Matter of SIMON J. HEIGMAN, Deceased.  AGNES MACSTAY; MARY A. HEIGMAN et al.  (B) KOENING, INC., et al. v. FEDERAL INSURANCE COMPANY.— [In each action] Motion to dismiss granted, with $10 costs.  Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■    JAMES M. EVANS, JR., v. WASHINGTON CORP. et al.— Motion to dismiss granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before April 25, 1961, with notice of argument for the June 1961 Term of this court, said appeal to be argued or submitted when reached.  Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■    In the Matter of the Probate of the Will of NATHAN LANS, Deceased.  BERNICE MARLOWE, Respondent; LAWRENCE I. MILLER et al., Appellants.— Motion for an extension of time granted insofar as to extend the time for objectants-appellants to serve and file the record on appeal and appellants' points to and including April 25, 1961, with notice of argument for the June 1961 Term of this court, said appeal to be argued or submitted when reached.  If the objectants-appellants fail to comply with the condition imposed, the petitioner-respondent may enter an order dismissing the appeal without notice to the appellant.  Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK v. LEE SCHLESINGER.— Enlargement of time granted.  Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■    (A) In the Matter of REGAL WINE & LIQUOR, INC., v. STATE LIQUOR AUTHORITY.  Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.  (B) ANNELIESE GOLDBERG, as Administratrix, v. AMERICAN AIRLINES, INC., et al.; LOCKHEED AIRCRAFT CORP.  (C) ANNELIESE GOLDBERG, as Administratrix, v. AMERICAN AIRLINES, INC., et al.; KOLLSMAN INSTRUMENT CORPORATION.  Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.  (D) ROBERTO CAMACHO, an Infant by OFELIA IRIZARRY, His Guardian ad Litem, v. CITY OF NEW YORK et al.  CITY OF NEW YORK v. NEW YORK CITY HOUSING AUTHORITY.  Concur — Botein, P. J., Rabin, McNally, Stevens and Eager, JJ.— [In each action] Motion for leave to appeal to the Court of Appeals denied, with $10 costs.